UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-14699 |
| | ) | |
| MELANIE D. BUCK | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| Debtor(s) | ) | JUDGE JESSICA PRICE SMITH |
| | ) | |
| | ) | **OBJECTION TO TRUSTEE'S MOTION TO** |
| | ) | **DISMISS CASE FOR FAILURE TO** |
| | ) | **ADDRESS ISSUES ARISING FROM** |
| | ) | **CHANGE IN EMPLOYMENT** |
| | ) | |

Now comes Melanie D. Buck, Debtor and hereby Objections to the Trustee's Motion to Dismiss her Chapter 13 proceeding. The Trustee has filed a Motion based upon the failure to address the change of employment of the Debtor. The Debtor has in fact provided the employment information to the Trustee and submitted a Wage Order to the Court.

WHEREFORE the Debtor prays that this Court enter an Order denying the Trustee's Motion to Dismiss her Chapter 13 Proceeding.

Respectfully submitted,

/s/Lee R. Kravitz
Lee R. Kravitz (#0025634)
Attorney for Debtors
4508 State Road
Cleveland, OH 44109
Tel: (216)749-0808
Fax: (216) 749-5389
leekravitz@sbcglobal.net

# CERTIFICATE OF SERVICE

I certify that on September 5, 2017, a true and correct copy of Debtor's Objection to Trustee's Motion to Dismiss was served:

Via the Court's Electronic Case filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Craig H. Shopneck, on behalf of the Chapter 13 Trustee's Office at ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com

/s/Lee R. Kravitz
Lee R. Kravitz
Attorney for Debtor(s)

kk